No. 87–6975.   SEBASTIAN-ANDRES *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 87–6988.   CLOYD, AKA FRANCIS *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 87–6990.   GORMAN *v.* JONES, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–6991.   FINCH *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 87–6999.   BEALS *v.* BENNETT, SHERIFF, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–7007.   MAY *v.* BERTELSMAN; and MAY *v.* COURT OF AP-PEALS, FIRST APPELLATE DISTRICT OF OHIO, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–7017.   FLORES ET AL. *v.* MUNICIPALITY OF CAROLINA. Super. Ct. P. R.   Certiorari denied.

No. 87–7030.   MOBLEY *v.* WHITFIELD.   C. A. D. C. Cir.   Certiorari denied.

No. 87–7032.   COLON *v.* NEW YORK.   Ct. App. N. Y.   Certio-rari denied.

No. 87–7046.   SCHROEDER *v.* OREGON ET AL.   Ct. App. Ore. Certiorari denied.

No. 87–7064.   DAVIS *v.* UNITED STATES.   C. A. 8th Cir.   Cer-tiorari denied.

No. 87–7073.   BROWN *v.* MURRAY, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–7090.   ARRINGTON *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 87–7091.   CADAVID-GOMEZ *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–7104.   SANCHEZ *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.